# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0248

_____

TOMMY D. LAY II,

    Appellant,

    v.

STORM SMART BUILDING
SYSTEMS, INC./BRIDGEFIELD
CASUALTY INSURANCE
COMPANY/SUMMIT, Third-Party
Administrator,

    Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Frank J. Clark, Judge.

Date of Accident: October 5, 2019.

April 2, 2025

PER CURIAM.

The Court dismisses the appeal for lack of jurisdiction. Fla. R. App. P. 9.180(b)(1)(C).

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Tommy D. Lay II, pro se, Appellant.

Scott A. Beatty of Henderson, Franklin, Starnes & Holt, P.A., Naples, for Appellees.